# Third District Court of Appeal

## State of Florida

Opinion filed October 3, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-414
Lower Tribunal Nos. 15-1516 & 11-698
_____

**Jannette Billot Pigna, etc.,**
Appellant,

vs.

**Liz C. Messianu, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Maria M. Korvick, Judge.

Arthur J. Morburger, for appellant.

Wicker Smith O'Hara McCoy & Ford, P.A., and Brandon J. Hechtman and Jessica L. Gross; Lubell Rosen, LLC, and Liz Messianu and Michael O'Connor, for appellees.


Before LAGOA, SALTER, and EMAS, JJ.

LAGOA, J.

Appellees Daniele Pesenti Pigna, Marialuna Pesenti Pigna, and Liz C. Messianu, as Guardian of the Property of S.M.P.P., a minor child (the "Guardian"), (collectively, "Appellees") move to dismiss Appellant Jannette Billot Pigna's ("Appellant") appeal of the following orders. Appellant appeals: (1) a February 12, 2018, "Order Granting Partial Summary Judgment on the [Guardian's] Verified Motion for Summary Judgment" that found S.M.P.P. was entitled to child support payments worth $394,800 and nanny expenses worth $106,600 from the Estate of Carillo Pesenti Pigna (the "Deceased") incurred in the months following the death of the Deceased; and (2) a February 13, 2018, "Order Granting [the Guardian's] Motion for Final Summary Judgment on Count II" that found Marialuna Pesenti Pigna and Daniele Pesenti Pigna, two of the Deceased's children, were each entitled to one-third (1/3) of the Deceased's "worldwide estate."

Appellees contend that both orders are non-final orders that are not appealable under Florida Rule of Appellate Procedure 9.130. Appeals of orders rendered in probate and guardianship cases, however, are governed by Florida Rule of Appellate Procedure 9.170(b). Specifically, rule 9.170(b)(5) provides that:

> Except for proceedings under rule 9.100 and rule 9.130(a), appeals of orders rendered in probate and guardianship cases shall be limited to orders that finally determine a right or obligation of an interested person as defined in the Florida Probate Code. Orders that finally

determine a right or obligation include, but are not limited to, orders that:

. . . .

(5) grant heirship, succession, entitlement, or determine the persons to whom distribution should be made.

In the instant case, the February 12, 2018, order granted S.M.P.P. entitlement to distributions from the Deceased's estate for amounts owed for child support and nanny expenses, and thus, is an appealable order under rule 9.170(b)(5). Likewise, the February 13, 2018, order determined that Marialuna Pesenti Pigna and Daniele Pesenti Pigna were each entitled to one-third of Deceased's "worldwide estate." As such, we find that these orders are appealable under rule 9.170(b)(5).

Accordingly, we deny Appellees' motion to dismiss the appeal.

Dismissal denied.

3